UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

    Plaintiff,

v.          6:14-cv-47

PATRICK HEAD; JESSE D. EVANS; MARY E. STALEY; BRIAN OWENS; TIMOTHY WARD; RANDY TILLMAN; RICK JACOBS; ROBERT E. JONES; CARL HUMPHREY; DR. SHARON LEWIS; SHEVONDAH FIELDS; LISA FOUNTAIN; TORIS MCLESSIA ROZIER; JAMES DEMETRIUS SMITH; GEORGIA DEPARTMENT OF CORRECTIONS; ROBERT TOOLE; WENDELL FOWLER; JOHN PAUL; Ms. KILGORE; Mr. DELOACH; MILTON SMITH; MURIEL JACKSON; JOHN DOE; JANE DOE; DR. JOHN DOE; DR. JANE DOE; Ms. KING; P. MURPHY; Off. HENRY; Ms. BROWN; THREE JOHN DOES; BRUCE CHATMAN; JUNE BISHOP; DR. DEAN BROOME; Mr. CARAVELLO; WILLIAM McNUNN; STEPHEN NICOLOV; SHARON BROWN; Ms. LIGHTSEY; Ms. CROWDER; Ms. STRICKLAND; Ms. DOBBS; Ms. SICVERS; Ms. COWART; Ms. BRADY; TIFFANY WOOTEN; Mr. THURMOND; DEBBIE KING; Major SMITH; Sgt. SALGADO; RONNIE SHUEMAKE; TARAL TODMAN; BENJAMIN WARREN; ASWON CAULEY; FREDDIE DAVIS; JAMES McMILLAN; MICHAEL NUPEN; TORJKA NASH; LESLEY MEDLOCK; and SARAH BARBER,

    Defendants.

**ORDER**

The Court has conducted an independent and *de novo* review of the entire record. The Magistrate Judge entered a Report and Recommendations ("R&R"), ECF No. 13, to which objections have been filed. After considering the objections, the R&R is adopted as the opinion of the Court.

The Court orders that Daker's complaint be **DISMISSED** without prejudice. In addition, because Daker cannot proceed with this cause of action, his motions for preliminary injunctions, ECF Nos. 8, 10, 11, are **DENIED**.

This 9 day of October 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA