AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Waseem Daker

JUDGMENT IN A CIVIL CASE

v.                    CASE NUMBER: CV614-47

Patrick Head, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 9, 2014 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, judgment is entered dismissing this complaint.

| | |
|---|---|
| October 9, 2014 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03