UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,

    Plaintiff,

v.            6:14-cv-47

PATRICK HEAD; JESSE D. EVANS; MARY E. STALEY; BRIAN OWENS; TIMOTHY WARD; RANDY TILLMAN; RICK JACOBS; ROBERT E. JONES; CARL HUMPHREY; DR. SHARON LEWIS; SHEVONDAH FIELDS; LISA FOUNTAIN; TORIS MCLESSIA ROZIER; JAMES DEMETRIUS SMITH; GEORGIA DEPARTMENT OF CORRECTIONS; ROBERT TOOLE; WENDELL FOWLER; JOHN PAUL; Ms. KILGORE; Mr. DELOACH; MILTON SMITH; MURIEL JACKSON; JOHN DOE; JANE DOE; DR. JOHN DOE; DR. JANE DOE; Ms. KING; P. MURPHY; Off. HENRY; Ms. BROWN; THREE JOHN DOES; BRUCE CHATMAN; JUNE BISHOP; DR. DEAN BROOME; Mr. CARAVELLO; WILLIAM McNUNN; STEPHEN NICOLOV; SHARON BROWN; Ms. LIGHTSEY; Ms. CROWDER; Ms. STRICKLAND; Ms. DOBBS; Ms. SICVERS; Ms. COWART; Ms. BRADY; TIFFANY WOOTEN; Mr. THURMOND; DEBBIE KING; Major SMITH; Sgt. SALGADO; RONNIE SHUEMAKE; TARAL TODMAN; BENJAMIN WARREN; ASWON CAULEY; FREDDIE DAVIS; JAMES McMILLAN; MICHAEL NUPEN; TORJKA NASH; LESLEY MEDLOCK; and SARAH BARBER,

    Defendants.

## ORDER

Waseem Daker has moved this court to amend its judgment dismissing his complaint. ECF No. 23. In support of his motion, he offers "the same reasons set forth in his objections to the magistrate's 9/8/14 report & recommendation." *Id.* at 1. However, a Rule 59(e) motion cannot be used "to relitigate old matters, raise argument[,] or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Vill. of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005). Daker's motion is improper because he has offered no new argument in support of altering the Court's judgment.

Therefore, the Court ***DENIES*** Daker's Rule 59 Motion.

This ___ day of November 2014.

*[signature]*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA